# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY SOUTHARDS, | ) | Case No. 1:08-cv-00064 AWI TAG |
| | ) | |
| Plaintiff, | ) | ERRATA RE: ORDER DENYING |
| | ) | APPROVAL OF STIPULATION |
| vs. | ) | CONCERNING DEFENSE |
| | ) | MEDICAL EXAMINATION |
| CONAGRA FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | (Doc. 10) |
| | ) | |

The second sentence of the second paragraph on page two of the Court's Order Denying Approval of Stipulation Concerning Defense Medical Examination (Doc. 10) is corrected to read as follows:

"If the medical examination of Plaintiff is not conducted for two months and the examiner's report is not due for another month thereafter, as contemplated by the Stipulation, it would mean a 90-day extension to at least June 13, 2009, which is beyond the existing deadlines for supplemental expert disclosures and the filing of non-dispositive motions, and is also likely to impact the non-dispositive motion hearing date deadline."

IT IS SO ORDERED.

Dated: **March 17, 2009**          **/s/ Theresa A. Goldner**
                                              UNITED STATES MAGISTRATE JUDGE

1