# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SOUTHARDS,<br><br>    Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC., et al.,<br><br>    Defendants. | Case No. 1:08-cv-00064 AWI TAG<br><br>ORDER VACATING SETTLEMENT CONFERENCE DATE AND SETTING NEW SETTLEMENT CONFERENCE DATE AND TIME<br><br>Old Date: March 26, 2009<br>New Date: May 13, 2009<br>Time: 9:00 a.m.<br>Location: 1200 Truxtun Avenue, Suite 120<br>          Bakersfield, California |

In a Scheduling Order issued on May 2, 2008, the Court set a settlement conference for March 26, 2009, and directed the parties to submit confidential settlement conference statements to the Court no later than five court days before the settlement conference. (Doc. 8). To date, no settlement conference statements have been received by the Court. In a Stipulation filed on March 13, 2009, the parties informed the Court of their efforts to agree upon the date and scope of a defense medical examination of Plaintiff, to be conducted within the next two months. (Doc. 9).

Based on the foregoing, the Court finds that good cause exists to vacate the existing settlement conference date, and to set a new settlement conference date.

**<u>ORDER</u>**

Accordingly, the Court makes the following order:

1. The March 26, 2009 settlement conference is vacated;

2. A new settlement conference date and time is set for Wednesday, May 13, 2009 at 9:00 a.m.;

///

1

3. The May 13, 2009 settlement conference will be conducted by the Honorable Donald C. Ashmanskas, United States Magistrate Judge, at the Court's chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301;

4. All parties and counsel are required to comply with the Scheduling Order requirements governing the settlement conference, including without limitation, the requirements to submit confidential settlement conference statements to the Court no later than five court days before the settlement conference, and to appear in person at the settlement conference (Doc. 8, pp.7-8); and

5. Inquiries regarding delivery of the confidential settlement conference statements may be addressed to Courtroom Deputy Alan Leon Guerrero by email to aleonguerrero@caed.uscourts.gov or by telephone to 661-326-6620.

IT IS SO ORDERED.

Dated: **March 18, 2009**　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE