# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SOUTHARDS, <br><br> Plaintiff, <br><br> vs. <br><br> CONAGRA FOODS, <br><br> Defendant. | Case No. 1:08-cv-00064 AWI TAG <br><br> **ORDER AMENDING SCHEDULING ORDER** (Doc. 8) <br><br> Discovery Deadline: <br> Expert: 8/03/2009 <br><br> Dispositive Motion <br> Filing Deadline: 8/21/2009 <br> Hearing Date: 9/28/2009, 9:00 a.m., AWI |

On May 2, 2008, the Court issued a scheduling order in this action. (Doc. 8). On March 27, 2009, the parties filed a stipulation and joint request concerning the defense medical examination of Plaintiff Terry Southards, that affects certain deadlines in the scheduling order. (Doc. 13).

Based on the foregoing, and good cause appearing therefor, the Court amends the scheduling order as follows:

1. The parties are ordered to complete all discovery pertaining to experts on or before August 3, 2009. The previous expert discovery deadline of June 5, 2009 is vacated. (Doc. 8, p. 4, lines 20-22).

2. Defendant shall disclose Dr. Kevin McKennan's expert/defense medical report on or before May 9, 2009. (Doc. 14, p. 2, lines 7-8).

3. All dispositive pretrial motions shall be filed no later than August 21, 2009, and will be heard no later than Monday, September 28, 2009, at 1:30 p.m., before the Honorable Anthony W. Ishii, Chief Judge, United States District Court, in Courtroom No. 2, United States Courthouse, 2500 Tulare Street, Fresno, California 93721. In scheduling such motions, counsel shall comply with Local Rules 78-230 and 56-260. The previous dispositive motion filing and hearing deadlines of

1

1 | July 17, 2009 and August 24, 2009, respectively, are vacated. (Doc. 14, p. 8, lines 3-5).
2 | All other provisions of the scheduling order remain in full force and effect. This order does not alter the previously rescheduled settlement conference date in this matter now set for May 13, 2009. (Doc. 12).

IT IS SO ORDERED.

Dated:   **April 2, 2009**                                                          /s/ Theresa A. Goldner
                                                                                   UNITED STATES MAGISTRATE JUDGE